UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :

LUMBERMENS MUTUAL                        :
                           Plaintiff,         :        04 CV 4376 (WCC)
                                                     :

                     - against -           :
                                                       :

FRANEY MUHA ALLIANT                  :
INSURANCE SERVICES f/k/a            :
FRANEY, PARR & MUHA, INC.           :
                                                   :

                      - and -             :
                                                     :

FRANEY, PARR & ASSOCIATES, INC.,    :
                             Defendants.   :
-----------------------------------------------------------------------X

## STIPULATION FOR DISMISSAL OF ACTION

      Plaintiff Lumbermens Mutual Casualty Company ("Lumbermens") and Defendants Franey Muha Alliant Insurance Services f/k/a Franey, Parr & Muha, Inc. and Franey, Parr & Associates, Inc. ("Franey") have settled the above-captioned litigation and, therefore, stipulate to the dismissal of all claims that were raised by any party in the above-captioned action.  The parties further stipulate that this dismissal is with prejudice.  This Stipulation is being executed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

                                            POST & SCHELL, P.C.

                                          /s/ Gary A. Wilson
                                          Gary A. Wilson, Esquire
                                          Attorney for Plaintiff

                                          WADE CLARK MULCAHY

                                          /s/ Michael A. Bono
                                          Michael A. Bono, Esquire
                                          Attorney for Defendants

Dated:  November 9, 2005

## CERTIFICATE OF SERVICE

I, Gary A. Wilson, Esquire, of Post & Schell, P.C., hereby certify that I am serving the

within *Stipulation for Dismissal of Action* on the person and in the manner as set forth below:

### Via Electronic Delivery

Clerk's Office
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

### Via Electronic Delivery & First Class Mail

Dennis Wade, Esquire
Michael A. Bono, Esquire
Wade Clark Mulcahy
111 Broadway, 9th Floor
New York, NY  10006

*Attorneys for Defendants*
*Franey Muha Alliant Insurance Services*
*Franey, Parr & Associates, Inc.*
*Franey, Parr & Muha, Inc.*

### Via Federal Express

Honorable William C. Conner
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY  10601-4150

Respectfully Submitted,

POST & SCHELL, P.C.

/s/ Gary A. Wilson
Gary A. Wilson, Esquire

Dated:  November 9, 2005